UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS IWANKSI and TVPX ARS, INC.,

                              Plaintiffs,

        against

MILLIMAN, INC.,

                              Defendant.

MISC. ACTION NO.: 20 MC 224 (GBD) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is Plaintiffs' motion to authorize the sealing of portions of Plaintiffs' memorandum of law in support of the motion to compel non-party Milliman, Inc. and certain exhibits in support thereof.  (ECF No. 13).  Also before the Court is the motion of interested parties Penn-Pacific Life Insurance Company and Lincoln National Life Insurance Company to keep under seal certain documents Plaintiffs filed in connection with the motion to compel non-party Milliman, Inc.  (ECF No. 21).  The seven documents and quotes thereto which the interested parties seek to maintain under seal are included in the Plaintiffs' motion.

Both motions are GRANTED.   Per the undersigned individual rules (available at: https://www.nysd.uscourts.gov/hon-sarah-l-cave), Plaintiffs are directed to file redacted versions of these documents on the public docket, and are directed to file the unredacted documents on the docket as visible only to the parties to this action.  Any further requests to seal should be made in accordance with the undersigned's individual practices.

The Clerk of Court is respectfully directed to close the Motion at ECF Nos. 13 and 21.

Dated:      New York, New York
             June 30, 2020

SO ORDERED

**SARAH L. CAVE**
**United States Magistrate Judge**