UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS IWANKSI and TVPX ARS, INC.,

Plaintiffs,

against

MILLIMAN, INC.,

Defendant.

MISC. ACTION NO.: 20 MC 224 (GBD) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 49 to seal portions of the documents filed at ECF Nos. 50

and 51 is **GRANTED**.   The documents filed at ECF Nos. 53 and 54 shall remain under seal only

visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 49.

Dated:        New York, New York
              July 14, 2020

SO ORDERED

SARAH L. CAVE
United States Magistrate Judge