UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS IWANSKI and TVPX ARS, Inc., *on behalf of themselves and all others similarly situated*, <br><br>               Plaintiff, <br><br> vs. <br><br> MILLIMAN, INC., <br><br>               Defendant. | Case No. 20-mc-224 <br><br> **SEALING ORDER** |

WHEREAS First Penn-Pacific Life Insurance Company and Lincoln National Life Insurance Company move before the Court for an Order granting continued sealing of certain materials filed in connection with the Plaintiffs' Reply in Support of Motion to Compel, filed July 13, 2020.

IT IS HEREBY ORDERED that

1. Defendants' Motion is **GRANTED**.

2. The redacted portions of the Declaration of Seth Ard in Support of Plaintiffs' Reply in Support of Motion to Compel, and Exhibits R, S, and T, filed under seal in the above-captioned matter shall remain under seal until further order.

The Clerk of Court is respectfully directed to close the Motion at ECF No. 58.

Dated: August 3, 2020
       New York, New York

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge